**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RUDOLPH JAY COULTER,

                Plaintiff,                    22 **CIVIL** 1149 (RWL)

      -v-                                <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 10, 2023, ALJ erred by failing to explain the basis for not including any mental limitations in Coulter's RFC even though the ALJ had determined at step two that Coulter had mild limitations in two functional areas. To the extent not set forth above, the Court has considered the parties' arguments and finds them to be without merit. Accordingly, pursuant to sentence four of 42 U.S.C. § 405(g), Coulter's motion is GRANTED and the Commissioner's motion is DENIED. The Clerk of Court is directed to enter Judgment in favor of the Plaintiff and to close the case.

**Dated:**  New York, New York

      May 11, 2023

                                                                    **RUBY J. KRAJICK**

                                                                  _____
                                                                     **Clerk of Court**

                                **BY:**

                                                                  _____
                                                                     **Deputy Clerk**